# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| TODD E. WARE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:13-cv-643 |
| v. | ) |
| | ) JURY DEMANDED |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Come now Plaintiff Todd E. Ware and Defendant The Northwestern Mutual Life Insurance Company and announce to the Court that all matters herein controversy between them have been compromised and settled out of Court, and that Plaintiff, for valuable consideration, has executed a Release and Settlement Agreement in full and final settlement of all of his claims against Defendant arising out of the matters here in controversy. As a result, the parties stipulate that Plaintiff's cause of action should be dismissed as to Defendant with full prejudice to Plaintiff against the re-filing of the same, that Defendant be relieved from any and all further responsibility in this matter, and that Plaintiff and Defendant shall each bear their own discretionary costs and attorney's fees.

1

Case 3:13-cv-00643-PLR-HBG   Document 13   Filed 11/03/14   Page 1 of 2   PageID #: 56

Respectfully submitted,

By: s/Kenny L. Saffles
Kenny L. Saffles (BPR #023870)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000

*Attorney for Defendant*


By: s/Dan D. Rhea by KLS w/ permission
Dan D. Rhea (BPR #005927)
ARNETT, DRAPER & HAGOOD
2300 First Tennessee Plaza
P.O. Box 300
Knoxville, Tennessee 37901-0300
(865) 546-7000

*Attorney for Plaintiff*